UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MADELINE A. COUNTS,**

   Plaintiff,

v.                                                                No. 4:22-cv-0241-P

**MERCK & CO, INC. AND MERCK SHARP &
DOHME CORPORATION,**

   Defendants.

## FINAL JUDGMENT

   This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case issued on April 14, 2022:

   It is therefore **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice.**

   The Clerk of Court is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

   **SO ORDERED** on this **14th day** of **April, 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE